want of substantial federal question.

No. 74–5710. SMITH *v.* CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., County of Kern, dismissed for want of substantial federal question.

No. 74–5617. NICKENS *v.* VIRGINIA. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. D–33. IN RE DISBARMENT OF MCDONALD. It is ordered that Ronald F. McDonald, Jr., of Rockville, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–34. IN RE DISBARMENT OF KERR. It is ordered the Elaine Worley Kerr, of Bailey's Crossroads, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–35. IN RE DISBARMENT OF RAIMONDI. It is ordered that Thomas Paul Raimondi, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–36. IN RE DISBARMENT OF BOMSTEIN. It is ordered that Stanley J. Bomstein, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.